CAUSE NO. 2023CI12324

| | | |
|---|---|---|
| LANCE McCOOK, LATOYA McCOOK,<br>*Plaintiffs,* | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | 57th JUDICIAL DISTRICT |
| SYSTEM CONTROLS AND<br>INSTRUMENTATION, LLC and<br>ALVARO LEOS, Sr.<br>*Defendants.* | §<br>§<br>§<br>§ | BEXAR COUNTY, TEXAS |

## ORDER GRANTING DEFENDANT SYSTEM CONTROLS AND INSTRUMENTATION, LLC'S TRADITIONAL AND NO EVIDENCE MOTION FOR PARTIAL SUMMARY JUDGMENT ON GROSS NEGLIGENCE

Came on to be heard the Defendant **SYSTEM CONTROLS AND INSTRUMENTATION, LLC's** Traditional and No Evidence Motion for Partial Summary Judgment on Gross Negligence, having reviewed the pleadings, Motion for Summary Judgment and attachments thereto, and argument of counsel, is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED, ADJUDGED, AND DECREED that Plaintiff's claims on Gross Negligence against Defendant, **SYSTEM CONTROLS AND INSTRUMENTATION, LLC,** are hereby dismissed with prejudice to the right of Plaintiff to re-file same or any part thereof.

SIGNED this 16+ day of Sept., 2024.

SEP 16 2024

_____
JUDGE PRESIDING

Judge Tina Torres
407th District Court

**EXHIBIT B**

**APPROVED AS TO FORM:**

**McCOY LEAVITT LASKEY LLC**
20726 Stone Oak Parkway, Suite 116
San Antonio, Texas 78258
(210) 446-2828
(262) 522-7020 (FAX)

BY: /s/ Alyssa P. Wickern
**MICHAEL I. RAMIREZ**
State Bar No. 24008604
**ALYSSA P. WICKERN**
State Bar No. 24079571
E-mail: awickern@mlllaw.com
Service Email: e-servetexas@mlllaw.com

**ATTORNEYS FOR DEFENDANT
SYSTEM CONTROLS AND INSTRUMENTATION, LLC**

**MARCO BASS LAW PLLC**
1313 Guadalupe Street
San Antonio, TX 782074
Tel: 210-600-0000

Marco Bass
TBN: 24106631
Email: Marco@marcobass.com

**ATTORNEY FOR PLAINTIFFS**