CAUSE NO. 2023CI12324

| | | |
|---|---|---|
| LANCE McCOOK and LATOYA McCOOK, <br>     *Plaintiffs*, <br><br> V. <br><br> SYSTEM CONTROLS AND INSTRUMENTATION, LLC and ALVARO LEOS, SR. <br>     *Defendants*. | § § § § § § § § § § § | IN THE DISTRICT COURT <br><br><br> BEXAR COUNTY, TEXAS <br><br><br> 57th JUDICIAL DISTRICT |

**ORDER GRANTING DEFENDANT SYSTEM CONTROLS AND INSTRUMENTATION LLC'S TRADITIONAL AND NO EVIDENCE MOTION FOR SUMMARY JUDGMENT**

**ORDER**

On this ___3rd___ day of December 2024, came on to be heard in the above-styled and numbered cause, Defendant SYSTEM CONTROLS AND INSTRUMENTATION LLC'S TRADITIONAL AND NO EVIDENCE MOTION FOR SUMMARY JUDGMENT. All parties being present and having announced ready upon said Motion. Having considered the Motion, the pleadings and the evidence on file herein, as well as the arguments of counsel, the Court finds that the Defendant's Motion should be, and hereby is, GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that Defendant's Traditional and No-Evidence Motion for Summary Judgment should be GRANTED, and the same hereby is, in all things GRANTED, and Plaintiffs do have and recover nothing from the Defendant SYSTEM CONTROLS AND INSTRUMENTATION LLC and that judgment be entered against Plaintiffs and in favor of Defendant; and that all remaining causes of action against Defendant be severed so that judgment entered will be a Final Judgment. Defendant prays for all such further relief, general, special, legal and equitable to which it may be justly entitled.

**EXHIBIT C**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the claim be severed into its own cause number so that this order may become final; the new cause number is <u>2025CI01422</u>.

SIGNED and ENTERED this _____ day of <u>1/8/2025</u> 2024.

_____
JUDGE PRESIDING

Nadine Melissa Nieto
Presiding Judge
285th District Court
Bexar County, Texas

McCOY LEAVITT LASKEY LLC
20726 Stone Oak Parkway, Suite 116
San Antonio, Texas 78258(210) 446-2828
(262) 522-7020 (FAX)

BY: _____
**MICHAEL I. RAMIREZ**
State Bar No. 24008604
**ALYSSA P. WICKERN**
State Bar No. 24079571
E-mail: awickern@mlllaw.com
Service Email: e-servetexas@mlllaw.com

**ATTORNEYS FOR DEFENDANT**
**SYSTEM CONTROLS AND INSTRUMENTATION, LLC.**

2

**EXHIBIT C**

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Ford on behalf of Alyssa Wickern
Bar No. 24079571
vford@MLLlaw.com
Envelope ID: 94975750
Filing Code Description: PROPOSED ORDER
Filing Description:
Status as of 12/17/2024 9:43 AM CST

Associated Case Party: Lance McCook

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Marco Bass | | marco@marcobass.com | 12/5/2024 11:14:25 AM | SENT |
| Nyssa Salas | | Nyssa@marcobass.com | 12/5/2024 11:14:25 AM | SENT |
| Ryan Reyna | | Ryan@marcobass.com | 12/5/2024 11:14:25 AM | SENT |
| Service Email | | e-serve@marcobass.com | 12/5/2024 11:14:25 AM | ERROR |

Associated Case Party: SYSTEM CONTROLS AND INSTRUMENTATION LLC

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Alyssa P.Wickern | | awickern@mlllaw.com | 12/5/2024 11:14:25 AM | SENT |
| E-Service Texas | | e-servetexas@mlllaw.com | 12/5/2024 11:14:25 AM | SENT |
| Bryssa Carr | | bcarr@mlllaw.com | 12/5/2024 11:14:25 AM | SENT |

Associated Case Party: Alvaro Leos

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Sheila MWollam | | swollam@lucerowollam.com | 12/5/2024 11:14:25 AM | SENT |
| Andrew Barrett | | abarrett@lucerowollam.com | 12/5/2024 11:14:25 AM | SENT |
| Kimberly Silva | | ksilva@lucerowollam.com | 12/5/2024 11:14:25 AM | SENT |

**EXHIBIT C**