CAUSE NO. 25-cv-00337

| | | |
|---|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY,<br>Plaintiff,<br>VS.<br><br>ALVARO LEOS, SR., LANCE McCOOK, and LATOYA McCOOK,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | IN THE UNITED STATES DISTRICT COURT<br><br>FOR THE WESTERN DISTRICT OF TEXAS<br><br>SAN ANTONIO DIVISION |

## AFFIDAVIT OF SERVICE

"The following came to hand on Apr 17, 2025, 9:04 am,

**SUMMONS IN A CIVIL ACTION AND ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT WITH EXHIBITS A, B, C, D & E AND CIVIL COVER SHEET,**

and was executed at 13630 FOREST WALK, SAN ANTONIO, TX 78231 within the county of BEXAR at 07:50 PM on Thu, Apr 17 2025, by delivering a true copy to the within-named

**LATOYA MCCOOK ACCEPTED BY MARGARET MCCOOK, RELATIONSHIP MOTHER-IN-LAW,**
**A PERSON OF SUITABLE AGE AND DISCRETION WHO RESIDES AT THE ABOVE NAMED ADDRESS**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

Description of recipient:
Age: 70s; Ethnicity: African American; Gender: Female; Weight: 145; Height: 5'4"; Hair: Other; Eyes: Brown

My name is **Carol L. Watson**, my date of birth is 04/18/1955, and my address is 2939 Mossrock Lane Suite 280, San Antonio, TX 78230. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Bexar County**, State of **TX**, on April 20, 2025.

_Carol L. Watson_
Carol L. Watson
Certification Number: PSC-2139
Certification Expiration: 6/30/2026

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY,<br><br>*Plaintiff(s)*<br>v.<br>ALVARO LEOS, SR., LANCE McCOOK, and LATOYA McCOOK,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:25-cv-00337-JKP-ESC<br>)<br>)<br>)<br>)<br>) |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Latoya McCook
13630 Forest Walk
San Antonio, Texas 78231

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Harrison H. Yoss
THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8259
hyoss@thompsoncoe.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 04/15/2025

*Brenda Trujillo*
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 5:25-cv-00337-JKP-ESC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

**RETURN / AFFIDAVIT PROOF / ATTACHED**

Additional information regarding attempted service, etc: