UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY, | § § § § |
| *Plaintiffs*, | § CIVIL ACTION NO. 5:25-cv-00337-JKP-ESC |
| v. | § § |
| ALVARO LEOS, SR., LANCE McCOOK, and LATOYA McCOOK, | § § § § |
| *Defendants*. | § |

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs, Amerisure Insurance Company and Amerisure Mutual Insurance Company, provide the following information and would respectfully show:

1. Amerisure Insurance Company is a wholly owned subsidiary of Amerisure Mutual Insurance Company. Amerisure Mutual Insurance Company is a wholly owned subsidiary of Amerisure, Inc., which is a wholly owned subsidiary of Amerisure Mutual Holdings, Inc. Amerisure Mutual Holdings, Inc., is a Michigan mutual insurance holding company that does not have a parent company. No publicly held corporation owns 10% or more of stock.

2. Amerisure Insurance Company is a Michigan company with its principal place of business in Farmington Hills, Michigan.

3. Amerisure Mutual Insurance Company is a Michigan company with its principal place of business in Farmington Hills, Michigan.

Plaintiffs' Rule 7.1 Disclosure Statement Page 1

19904124v1
15229.008

Respectfully submitted,

*/s/ Harrison H. Yoss*
Harrison H. Yoss
State Bar No. 22169030

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**
Plaza of the Americas
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
Telephone: (214) 871-8259
Telecopy: (214) 871-8209
hyoss@thompsoncoe.com

**ATTORNEYS FOR PLAINTIFFS,
AMERISURE INSURANCE COMPANY and
AMERISURE MUTUAL INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that on June 2, 2025, I served a true and correct copy of this document on all attorneys of record listed below in accordance with the Federal Rules of Civil Procedure:

| | |
|---|---|
| Marco Bass | Email: marco@marcobass.com |
| Ryan Reyna | Email: ryan@marcobass.com |
| MARCO BASS LAW FIRM, PLLC | |
| 2119 San Pedro Avenue | |
| San Antonio, Texas 78212 | |

*/s/ Harrison H. Yoss*
Harrison H. Yoss